**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Maurice & Jacqueline Brewer a/k/a Jacqueline Moss | No.   08-12106 |
| Debtor | Hon.  Pamela S. Hollis |

**NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE - STATEMENT
OF OUTSTANDING PAYMENT OBLIGATIONS**

**To: See attached Service List**

PLEASE TAKE NOTICE that on October 26, 2009, I filed the attached Response to Notice of Final Cure - Statement of Outstanding Payment Obligations, a copy of which is hereby served upon you.

_____/s/ Susan J. Notarius_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and Response to Notice of Final Cure - Statement of Outstanding Payment Obligations on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Robert J. Semrad & Associates and Marilyn O Marshall on October 26, 2009.

_____/s/ Susan J. Notarius_____

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**SERVICE LIST**

Maurice & Jacqueline Brewer a/k/a Jacqueline Moss
7006 S. Rockwell Street
Chicago, IL 60629

Marilyn O Marshall
224 South Michigan
STE 800
Chicago, IL 60604

Robert J. Semrad & Associates
20 South Clark St.,
Suite 28th Floor
Chicago, IL 60603

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

IN RE:                                                                          Chapter 13

Maurice & Jacqueline Brewer a/k/a Jacqueline Moss            No.   08-12106

Debtor                                                                          Hon.  Pamela S. Hollis

**RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF
OUTSTANDING PAYMENT OBLIGATIONS**

Select Portfolio Servicing, Inc., files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

DUE   06/01/08 - 10/01/09 @ $555.39
Total Payments Due $9,441.63

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

/s/ Susan J. Notarius
Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679