**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| Maurice & Jacqueline Brewer a/k/a Jacqueline Moss | No.  08-12106 |
| Debtor | Hon.  Pamela S. Hollis |

**RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF**
**OUTSTANDING PAYMENT OBLIGATIONS**

Select Portfolio Servicing, Inc., files this, its <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations</u> of Debtor:

DUE   06/01/08 - 10/01/09 @ $555.39
Total Payments Due $9,441.63

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this <u>Response to Notice of Final Cure - Statement of Outstanding Payment Obligations</u> are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

    /s/ Susan J. Notarius
Attorney for Select Portfolio Servicing, Inc.

Susan J. Notarius - ARDC # 06209646
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679